**Electronically Filed
Supreme Court
SCAD-20-0000365
01-NOV-2021
10:24 AM
Dkt. 39 ORD**

SCAD-20-0000365

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In re CHRISTOPHER S. BOUSLOG, Bar No. 3087

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon review of the October 17, 2021 motion for fees and for discharge, filed by attorney Walter Hebblethwaite as Trustee, pursuant to Rule 2.20 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), over the practice of resigned attorney Christopher Bouslog, the October 25, 2021 response filed by Bradley Tamm, in his capacity as Trustee Administrator at the Office of Disciplinary Counsel (ODC), and the record in this matter and the record in ODC v. Christopher S. Bouslog, HI bar #3087, SCPR-20-70, we conclude that the fees requested by Trustee Hebblethwaite are for work related to the trusteeship and are reasonable in amount, and that nothing remains for Trustee Hebblethwaite to do in this trusteeship. Therefore,

IT IS HEREBY ORDERED that the motion for fees and to be discharged is granted. The Disciplinary Board of the Hawaiʻi Supreme Court shall, within 30 days after the entry date of this order, pay Hebblethwaite $108.00 in fees and $5.09 in General Excise Tax, calculated at the City & County of Honolulu rate of 4.712%, for a total payment of $113.09.

IT IS FURTHER ORDERED that ODC may file a report in this case, SCAD-20-365, summarizing all expenses incurred in the course of this trusteeship, along with a motion for a judgment in that amount against Bouslog, pursuant to RSCH Rule 2.20(f) (2019) and 2.20(j) (2021). Any filings related to the claims pending against Bouslog at the Lawyers' Fund for Client Protection shall be filed in SCPR-20-70, the disciplinary case brought pursuant to RSCH Rule 2.14.

DATED: Honolulu, Hawaiʻi, November 1, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

2